**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**Simon Gross** individually
and all other similarly situated consumers,

        Plaintiff,

v.

**MRS BPO LLC**

        Defendant.

_____/

**STIPULATION OF DISMISSAL**

Case No. 1:17-cv-00584-ARR-RER

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.

Dated this 5th day of July 2018.

/s/ David Palace
David Palace, Esq.
Law Offices of David Palace
383 Kingston Avenue, #113
Brooklyn, NY  11213
Phone: (347) 651-1077
Fax: (347) 464-0012
Email: davidpalaceesq@gmail.com

Attorney for Plaintiff

 /s/  Michael T. Etmund
Michael T. Etmund, Esq.
150 South Fifth Street
Suite 1200
Minneapolis  MN  55402-4129
Telephone:  (612) 877-5000
Email: Mike.Etmund@lawmoss.com

Attorney for Defendant