Case 1:17-cv-00584-ARR-RER   Document 19   Filed 07/05/18   Page 1 of 1 PageID #: 80

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 10 2018 ★

BROOKLYN OFFICE

**Simon Gross** individually
and all other similarly situated consumers,

        Plaintiff,

v.

**STIPULATION OF DISMISSAL**

Case No. 1:17-cv-00584-ARR-RER

**MRS BPO LLC**

        Defendant.
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.

Dated this 5th day of July 2018.

| | |
|---|---|
| /s/ David Palace | /s/ Michael T. Etmund |
| David Palace, Esq. | Michael T. Etmund, Esq. |
| Law Offices of David Palace | 150 South Fifth Street |
| 383 Kingston Avenue, #113 | Suite 1200 |
| Brooklyn, NY 11213 | Minneapolis MN 55402-4129 |
| Phone: (347) 651-1077 | Telephone: (612) 877-5000 |
| Fax: (347) 464-0012 | Email: Mike.Etmund@lawmoss.com |
| Email: davidpalaceesq@gmail.com | |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

So ordered.
/s/(ARR)
USDJ